AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of Massachusetts I, Inc.

V.

Janet Sullivan

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04 - 11331 MLW



TO: (Name and address of Defendant)

Janet Sullivan
7 Birch Street
Wilmington, MA 01887

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS



6-15-04

CLERK

(By) DEPUTY CLERK



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

June 23, 2004

I hereby certify and return that on 6/23/2004 at 9:05AM I served a true and attested copy of the SUMMONS, COMPLAINT,COVER SHEET,CORPORATE DISCLOSURE STATEMENT,CASE COVER SHEET in this action in the following manner: To wit, by leaving at the last and usual place of abode of JANET SULLIVAN, , 7 BIRCH Street Wilmington, MA 01887 and by mailing 1st class to the above address on 6/23/2004. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($3.30), Postage and Handling ($3.00), Travel ($9.60) Total Charges $45.90

*George A. Hooper*

Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                Date              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.