UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.** ) | Case No.: 04-11331 MLW |
| ) | |
| Plaintiff, ) | **SUBSTITUTE APPEARANCE** |
| ) | |
| vs. ) | |
| ) | |
| **Janet Sullivan** ) | |
| ) | |
| ) | |
| _____ ) | |

To the Court and all parties of record:

The undersigned, Attorney John M. McLaughlin, counsel for the Plaintiff, has recently been made a Partner in the firm of Green, Miles, Lipton & Fitz-Gibbon. Accordingly, please enter my appearance as counsel for the Plaintiff with my new contact information in this action. This appearance is in lieu of and in substitution of my contact information now on the docket.

Respectfully Submitted for Comcast
By Its Attorney,

_9/10/04_  
Date

John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon**
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
Phone 413-586-8218
Direct line 413-586-0865
Fax 413-584-6278

Page 1

# CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 10 day of _____, 2004, a copy of the foregoing was sent via first class mail to:

Janet Sullivan
7 Birch Street
Wilmington, MA 01887

_____
John M. McLaughlin, Esq.

Page    2