UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| **Comcast of Massachusetts, Inc.** )<br>)<br>    Plaintiff,    )<br>)<br>vs.    )<br>)<br>**Janet Sullivan**    )<br>)<br>    Defendant    ) | Case No.: **04-11331 MLW**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint without prejudice and without cost to either party.

9/15/04
Date

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts, Inc.
By Its Attorney,

John M. McLaughlin
**Green, Miles, Lipton and Fitz-Gibbon**
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061
Telephone: (413) 586-0865
BBO No. 556328

## CERTIFICATE OF SERVICE

     I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this __15__ day of __Sept__, 2004, a copy of the foregoing Notice of Dismissal was mailed first class to:

Janet Sullivan  
7 Birch Street  
Wilmington, MA 01887

                                      _____  
                                      John M. McLaughlin, Esq.